DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.S.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1906

[June 18, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos S. Rebollo, Judge; L.T. Case No. 18000823 DLA.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and James J. Carney, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS and KUNTZ, JJ., and CURLEY, G. JOSEPH, Associate Judge.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***